# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 05-cr-249 PAM/JJG |
| Plaintiff, | **ORDER FOR EXTENSION OF** |
| | **TIME TO FILE OBJECTIONS** |
| vs. | **AND POSITION PLEADINGS** |
| James T. Anderson, | |
| Defendant. | |

**The Defendant's Motion for Extension of Time is GRANTED.**

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by November 10, 2006;

and position pleadings, if necessary, be filed electronically with the Clerk of Court by

November 17, 2006.

Dated: September __16_, 2006

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge

Doc# 2180643\1