# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 05-cr-249 (1) PAM/JJG |
| Plaintiff, | **ORDER** |
| vs. | |
| James T. Anderson, | |
| Defendant. | |

This matter came before the Court upon the Stipulation to Extend Briefing Schedule Re: Sentencing Position Memoranda, Docket No. 172.

Based on all the files and records, **IT IS HEREBY ORDERED**:

Sentencing Position memoranda are to be filed electronically with the Clerk of Court no later than November 27, 2006.

**IT IS FURTHER ORDERED** that Sentencing Position memoranda are to be served upon the parties and Probation Officer James J. Weinberger, no later than November 27, 2006.

Dated: November 17, 2006        s/ Paul A. Magnuson
                                Honorable Paul A. Magnuson
                                Judge, United States District Court

1