UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 05-249(01) (PAM/JJG)

  Plaintiff,

v.                                                                                **ORDER**

James T. Anderson,

  Defendant.

---

This matter is before the Court on Defendant's request for an extension of his surrender date. This request is reasonable. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's request for an extension of his surrender date is **GRANTED**;

2. Defendant shall voluntarily surrender directly to the prison camp designated by the Bureau of Prisons on Monday, May 21, 2007;

3. The Court recommends designation to Leavenworth, Kansas; Yankton, South Dakota; or any other prison camp offering the RDAP program; and

4. Until his surrender, Defendant shall report regularly to Pretrial Services and comply with all requirements imposed by Pretrial Services.

Dated: March 27, 2007

                                         s/ Paul A. Magnuson
                                         Paul A. Magnuson
                                         United States District Court Judge