UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    CRIMINAL NO. 05-249(1)PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER TO SECURE PAYMENT OF |
| | ) | CRIMINAL MONETARY PENALTIES |
| v. | ) | THROUGH DEPOSIT IN THE |
| | ) | CLERK'S REGISTRY ACCOUNT |
| JAMES T. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the Stipulation of the parties and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant shall deposit a total of $1,437,707.50 in the Clerk's Registry account as security for the payments due under the Judgment and Commitment Order ("J&C").

2. The Clerk of Court shall deposit such funds in an interest bearing account until such funds are due as agreed to by the parties. Payments from the Registry account shall be made as follows:

   a. Commencing on November 24, 2008, and every month thereafter until notified by the Financial Litigation Unit of the U.S. Attorney's Office that defendant is no longer on supervision, $40,000.00 per month will be paid toward restitution.

      b.   On defendant's release from supervision, any restitution and fine then owing will be paid in full from the remaining funds in the Registry account.

3.   If, for some reason, the funds in the Registry account are insufficient to pay the restitution and fines in full, defendant shall pay the remaining balance within 30 days from demand by the U.S. Attorney's Office.

4.   Upon payment of the restitution and fines in full, the Clerk of Court may pay to defendant 90% of the interest earned on the Registry account with the Clerk's Office retaining 10% of the interest earned.

Dated October 6, 2008            s/Paul A. Magnuson
                                 PAUL A. MAGNUSON, Judge
                                 United States District Court